3:22-cv-135-MR

Keep Together clerk
→ read The Back side also ←
FILED
CHARLOTTE, NC
MAR 30 2022  One
US DISTRICT COURT
WESTERN DISTRICT OF NC

\* ATTached sheet \*

.STATEMENT BY WITNESS.

IM Sueing The four DefendanT iN There INdividual capacity for Damages caused while acting under The collor of law as Jail STaff liable for My safety who fail To shield and protect. Im also sueing These four Jail STaff for Neglect and Deprivation causing a unsafe Hostile living INviroment I was Assaulted Through Excessive force BY officer. KeNNed IN cell A-3N38 WitNess BY officers Kiker and Stone Seargent. BoitNOTT, advised The Three officers Kiker, Stone, KeNNedy, To NOT allow me The chance To file Assault charges oN officer. KeNNed for The Assault witness BY off. Kiker, off. Stone, and Inmate campbell IN cell A-3138 on march 28 2022, That was lead BY officer. C. Kiker, To hurt me, who oN February 19th 2022 faBricated a false Disciplinary write That was served BY Seargent. BoitNOTT, who refused To let me sighN locking me without a hearing officer. C. Kiker who Said To me This is what Jail inmate get who file law suites a Illegal act of reprisal and retaliation I was Targeted harras and singled out BY C. Kiker making IDle Threat using his position and status as a officer against me providing a Hostile unsafe living INviroment He paid Inmate campbell To kill me, I file for a keep away safety order

# ATTached sheet clerk

ON about, march, 25th 2022, officer. C. Kiker, and officers. stone, and Kennedy, wilfully Did Violate The safety keep away order BY moving Inmate, Brandon campbell from cell A-3135 Bound IN hand cuffs To Gradys cell A-3138 upon Telling officer. Kiker. and Kennedy There were a keep seperate safety order mr. Kennedy Told me To stop Talking Then He Jump me using violent excessive force Assaulting me causing Pain and Injury To my right arm, and Neck Intentionally witness BY officer's C. Kiker, and stone and Inmate Brandon campbell who was also IN my cell paid BY Kiker To kill me, Seargent. Boitnott, New about The keep away safety protective order, But fail To shield and Protect me He was The acting seargent over charlie Quade He's allowed This Illegal act To proceed upon requesting To file Assault charges, ON officer. Kenned sgt. Boitnott Denied me This constitutional right To Dueprocess and access To The court I was seen BY The union county Jail medical staff, Note There's a ongoing conspiracy Being lead BY officer. C. Kiker, who Illegally coersed, officer. Kennedy and officer. stone Seargent. Boitnott, fail To act, He New I would Be hurt, But lied To protect These Three officers IN The Incident report. subpoena The A-Block video footage and my Grievances as Evidence please.

## * D. CAUSE OF ACTION *

COUNT 1: Officer. Kenned, used violent excessive force causing pain and suffering and injury to my neck, and right arm, Note this illegal act was premeditated to kill This was by law a felony assault done, my civil and constitutional rights were violated.

COUNT 2: Seargent. Boitnott, new that there was a safety protective housing order to keep inmate Brandon Campbell who was in cell A-3135 away from Grady who was housed in cell A-3138 But fail to act placing my life in danger and not following policy and legal procedures He fail to shield and protect me, He also Denied me Due process and access to the courts by not allowing me to file assault charges on officer. Kennedy with the magistrate He acted illegally, under the collor of law intentionally to hide a assault, obstruction of justice He conspired with officer. Kiker, and officer. Kennedy and officer. Stone violating my civil and constitutional rights causing a hostile unsafe living Jail inviroment They all acted in concert There's a ongoing conspiracy I was targeted Im sueing all four defendant in there individual capacity for there actions

read the back side to ←
read the back also →
read the back ↑

# ATTached sheet

## D. CASE OF ACTION *

COUNT 3: Officer. C. Kiker, witness officer. Kennled Assault me IN cell-3138, He fail To shield and Protect me Breaching The Duty of care owed as a Jail official acting with malice and a collaple state of mind Not following policy and Legoal Procedure He new ON 03/25/2022 That There was a safety keep away order But He hand cuff INmate Brandon campbell Using officers Stone and Kennedy He forced Campbell INto my cell A-3138 He was Deliberate indifferant To my safety Needs That lead To a violent Assault officer. Kiker acted out of Illegoal reprisal and reToaliation Because I file a civil law suite on him still pending see Docket case # 3:20-cv-601-MR. He's made Idle Threats, Inmate Campbell Said officer. Kiker offerd To put money IN his Trust fund account if he would ATTack Tracey Grady, on about February 19th 2022 officer. Kiker lied and faBricated a false Disciplinary I refuse To signe so staff said since I Did Not signe The write up I was guilty I seek INjunctive relief of That policy Its Illegoal and unconstitutional a violation of The Fifth and First Amendment The right To remain silent To show any type of reprisel for NOT signing a Document

\* Attached sheet \*  **Five**
\* D. CASE OF ACTION \*  flip over

COUNT 4: Officer. Stone, witness me being assaulted by officer. Kennedy on March 25th 2022, in cell A-3/38, But fail to shield and protect me allowing me to be injured He did not call for medical treatment upon my request later I was seen by medical and was treated for neck and arm pain cause by the assault in my cell Officer. Kiker, threaten to taze me when I told him that I could not be housed with inmate Brandon Campbell Do to a safety protective keep away order per policy I was retaliated against through reprisal and malice my civil and constitutional rights were violated by these four officers who acted illegal under the collor of law as state employees. Im sueing officer. Stone officer. Kiker officer. Kennedy, and sgt. Boitnott in there individual capacity. I told officer. Stone and sgt. Boitnott that I wanted to file assault charges on officer. Kennedy, I was denied this constitutional right access to the court.

# Attached sheet   six

## Closing Legal Arguments

My Eighth Amendment rights that prohibit the use of cruel and unusual punishment was violated BY I sufferd pain and agony Both Physical, and mental Through Neglect, and Deprivation and violence Through Assaults and Excessive force causing a Dangerious Hostile living INViroment aBuse of Authority These are mitigating factors IN This case.

* * * * * * * *

My First, and Fifth, Amendment rights were violated, under the Due process clause of The fourteenth Amendment to The united states constitution when I Ask Sgt. BoitNott, and officer. stone To Take me To The magistrate To file charges on officer. KeNNed for Assaulting me causing InJury and paiN To my Neck and right arm, I was Denied access To The court system This Illegal act was UNCONSTiTuTioNal. There was a cover up and conspiracy I was Targeted and single out. BY officer. C. Kiker show maulice coersing Kennedy and Stone To lie

## F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action?     YES ✓     NO ___

If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

1. Parties to previous lawsuits:

Plaintiff(s): mr. Tracey Terrell Grady

Defendants(s): Sheriff Eddie cathey, et al, captain. Rogers c. Kiker

2. Name of court and case or docket number: 3:20-cv-601-MR
Ive file 15 IN all some still pending ok

3. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)

It still pending Assigned To chief Judge mr. martin reidinger IN The western District 401 W. Trade Street charlotte N.C. 28202

4. Issued raised:

Excessive force Assault and Battery Deliberate INdifferances To medical Needs failure To shield and protect

5. When did you file the lawsuit? October 30th 2020
   Date: Month/Year

6. When was it (will it be) decided? Pending a Jury Trial

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D? YES ✓ NO ___

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

I Ask Sgt. Boitnott, To file Assault charges on officer. Kennedy for Assaulting me IN cell A-3138 on march 25th 2022, But he Denied my request and said put It ON The Jail cell Block Kiosk computer as a Grievance I did but got NO results at all I was Denied Dueprocess unconstitutional

I sufferd cruel and unusual punishmenT a Eighth AmendmenT
Violation, ThaT prohiBit Jail or prison staff from using
Violent Excessive force causing pain and Injury
→ clerk ATTached sheets

D. CAUSE OF ACTION → ATTached sheets

I allege that my constitutional rights, privileges or immunities have been violated and
that the following facts form the basis for my allegations: (If necessary you may attach
additional pages) failure To follow policy and Legal procedures

a. (1) Count 1: Sgt. BoitNOTT fail To shield and Protect me
   (2) Supporting Facts: (Describe exactly what each defendant did or did not
       do. State the facts clearly in your own words without citing any legal
       authority. Use additional sheets if necessary.)
       Sgt. BoitNott, New There were a safety keep away order,
       But aullowed officers Kennedy, stone, kiker To hand cuff
       INmate Brandon campbell and move him from cell A-3135
       To my cell A-3138 seen ON video on march 25th 2022

b. (1) Count 2: I was Assaulted BY officer. Kennedy
   (2) Supporting Facts: (Describe exactly what each defendant did or did not
       do. State the facts clearly in your own words without citing any legal
       authority. Use additional sheets if necessary.)
       officer. C. Kiker stated This is what happens
       when you file a law suite on Jail staff He
       acted out of reprisal and Illegal retaliation
       He new I would Be INJured BY officer. Kennedy
       He set me up Help

E. INJURY Theres on going conspiracy
Base on my pending law suite file# 3:20 cv 60/ mr

How have you been injured by the actions of the defendant(s)? failure To shield and protect
Assault with INtent To kill causing Bodily harm To me help
ON march 25th 2022, officer. Kennedy Assaulted me
INJuring my neck, and right arm, INTeNTioNally To kill
causing physical pain, and emotional stress, mentally
officer. C. Kikes, Illegally coersed, officer's stone
and Kennedy, To place INmate Brandon campbell
IN To Tracey Gradys cell A-3138 To kill him.
Seargent. BoitNOTT and officer. C. Kiker,
New There was a safety keep away order
perpolicy But fail To follow legal procedures
while acting under The collor of law felony
The INcident on march 25 2022 in Gradys cell
A-3138 was captured on cell Block video footage
Grady files This new law suite under Emergency
→ Imminant Danger IN Fear of his life help yes
I Needed safety protective order from The Judge
I. was seen BY medical for my Pain and INJuries

There's a Illegal ongoing conspiracy I'm targeted officer. C. Kiker. coersed officer. Kennedy by violating the protective safety keep away order These four state Employees fail To shield and protect I was foce To live in a hostile unsafe living inviroment. sgt. Boitnott, Kiker, Stone, Kennedy, showed Disregard To my safety Needs Intentionally

### G. REQUEST FOR RELIEF

I believe I am entitled to the following relief: Money for pain and suffering Punitive and Monetary Damages for my pain and Injuries Both physical and mental awarded Jury compensation Money IN The amount of 500,000 seeked.

→ I seek Injuctive relief of Jail Policies That Govern The Disciplinary Procedure, when a jail inmate refuse To Signe his Name on the Disciplinary write up He's Guilty Automaticly and Taken To Lock up

JURY TRIAL REQUESTED    YES ✓    NO ____

→ To force a Inmates signature is unconstitutional.
→ I seek Injunctive relief of The Jail policy Procedure That allow Three Inmates To a single cell That only has Two Bed's forcing The Third Inmate to sleep on The floore under Dirty and inhumain conditions prohibited That causes a unsafe Hostile living inviroment
→ I ASK That The court rule The's policies unconstitutional.

Signed at UNION COUNTY Jail on March 28th 2022
         (Location)                (Date)

Signature: Mr. Lacey L. Grady

Address: UNION COUNTY Jail
3344 Presson road
Monroe N.C. 28112

Phone:
E-Mail: Phone (704) 283-3641
→ The Jail Phone

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed/ delivered to the following individuals at the addresses listed:

United States District Court
Office of The Clerk
Room 210, Charles R. Jonas Building
401 West Trade Street
Charlotte North Carolina, 28202

This the 25 day of March, 2022.

_Tracey T. Grady_
Signature

Mr. Tracey Terrell Grady
(Print Name)

a pro se litigant